```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 08043
   KEENA M WALLACE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1173


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/07/2006 and was confirmed 10/04/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was dismissed after confirmation 12/19/2007.
------------------------------------------------------------------------------
 CREDITOR NAME                CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                                 PAID           PAID
------------------------------------------------------------------------------
 CAPITAL ONE AUTO FINANCE  SECURED VEHIC    18469.00        1275.96         400.00
 COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00             .00             .00
 COUNTRYWIDE HOME LOANS    MORTGAGE ARRE     3454.67             .00         2509.08
 DELL FINANCIAL SERVICES   SECURED            200.00            5.29          104.96
 DELL FINANCIAL SERVICES   UNSECURED          584.32             .00             .00
 SAXON MORTGAGE            CURRENT MORTG        .00             .00             .00
 SAXON MORTGAGE            MORTGAGE ARRE        .00             .00             .00
 SLS                       CURRENT MORTG        .00             .00             .00
 SLS                       MORTGAGE ARRE      351.51             .00          351.51
 AMERICASH LOANS LLC       UNSECURED         1866.83             .00             .00
 CAPITAL ONE               UNSECURED         1554.60             .00             .00
 CAPITAL ONE               UNSECURED         1048.91             .00             .00
 ECAST SETTLEMENT CORP     UNSECURED          862.48             .00             .00
 HARRIS                    UNSECURED        NOT FILED            .00             .00
 ECAST SETTLEMENT CORP     UNSECURED          721.43             .00             .00
 JERROLD S DORN            UNSECURED         3200.00             .00             .00
 MEDICAL COLLECTION        UNSECURED        NOT FILED            .00             .00
 MERRICK BANK              UNSECURED         1212.88             .00             .00
 PEOPLES GAS & LIGHT       UNSECURED         1232.38             .00             .00
 PEOPLES GAS & LIGHT       UNSECURED        NOT FILED            .00             .00
 AFNI/VERIZON WIRELESS     UNSECURED          422.22             .00             .00
 COUNTRYWIDE HOME LOANS I  NOTICE ONLY      NOT FILED            .00             .00
 CAPITAL ONE AUTO FINANCE  UNSECURED           16.34             .00             .00
 ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       1,725.25                         1,725.25
 TOM VAUGHN                TRUSTEE                                              385.70
 DEBTOR REFUND             REFUND                                                 7.25

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
 TRUSTEE                  6,765.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 08043 KEENA M WALLACE
```

```
PRIORITY                                                              .00
SECURED                                                          3,365.55
     INTEREST                                                    1,281.25
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,725.25
TRUSTEE COMPENSATION                                               385.70
DEBTOR REFUND                                                        7.25
                                      ---------------      ---------------
TOTALS                                       6,765.00             6,765.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/26/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
      CASE NO. 06 B 08043 KEENA M WALLACE